USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

MICHAEL BRANDON,

               Defendant.

- - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER
OF FORFEITURE/
MONEY JUDGMENT

17 Cr. 710-01 (KPF)

WHEREAS, on or about November 16, 2017, MICHAEL BRANDON (the "defendant"), was charged in a four-count Information, 18 Cr. 710-01 (KPF) (the "Information"), with conspiracy to commit bank and wire fraud, in violation of Title 18, United States Code, Section 1349 (Count One); wire fraud, in violation of Title 18, United States Code, Section 1343 (Count Two); bank fraud, in violation of Title 18, United States Code, Section 1344 (Count Three); and aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a)(1) and (b) (Count Four);

WHEREAS, the Information included a forfeiture allegation as to Counts One, Two and Three of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), of any and all property constituting or derived from, proceeds obtained directly or indirectly, as a result of the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the

commission of said offenses that the defendant personally obtained;

WHEREAS, on or about November 16, 2017, the defendant pled guilty to Counts One, Two, Three, and Four of the Information, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Counts One, Two, and Three of the Information and agreed to forfeit, pursuant to Title 18, United States Code, Section 982(a)(1), a sum of money equal to $88,399.22 in United States currency, representing the amount of property involved in the offense charged in Count One of the Information;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $88,399.22 in United States currency representing the amount of property involved in the offense charged in Counts One, Three and Three of the Information; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the property involved in the offense charged in Counts One, Two and Three of the Information cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorney, Nicolas

Roos of counsel, and the defendant, and his counsel, Samuel Gregory, Esq., that:

1. As a result of the offense charged in Counts One, Two and Three of the Information, to which the defendant pled guilty, a money judgment in the amount of $$88,399.22 in United States currency (the "Money Judgment"), representing the amount of property involved in the offense charged in Counts One, Two, and Three of the Information, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, MICHAEL BRANDON, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service", and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture

Fund, and the United States shall have clear title to such forfeited property.

       5.   Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

       6.   Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

       7.   The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

       8.   The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Chief of the Money Laundering and Asset Forfeiture Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____      3/7/18
    NICOLAS ROOS                              DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2421


MICHAEL BRANDON

By: _____      3/9/18
    MICHAEL BRANDON                          DATE

By: _____      3/9/18
    SAMUEL GREGORY, ESQ.                     DATE
    Attorney for Defendant

SO ORDERED:

_____          3/9/2018
HONORABLE KATHERINE POLK FAILLA             DATE
UNITED STATES DISTRICT JUDGE