UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v.-<br><br>MICHAEL BRANDON,<br><br>                              Defendant. | 17 Cr. 710 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Defendant's June 12, 2020 motion for compassionate release. (Dkt. #61). The Government shall file its response papers on or before June 19, 2020.

    SO ORDERED.

Dated:  June 12, 2020
           New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge